```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:09-CV-01659-AWI-GSA |
|---|---|
| Plaintiff, | ) **STIPULATION TO STAY CASE AND TO** |
| | ) **VACATE SCHEDULING CONFERENCE;** |
| v. | ) **ORDER THEREON** |
| REAL PROPERTY LOCATED AT 19650 ROAD 232, STRATHMORE, CALIFORNIA, TULARE COUNTY, APN: 215-060-002, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimants Ramon Contreras and Luz Villanvazo as follows:

1. Claimant Ramon Contreras is presently facing federal criminal charges in the Eastern District of California, *United States v. Ramon Contreras, et al.*, 1:09-CR-00370-OWW, allegedly relating to transactions or events which form the basis for this civil forfeiture action.

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related criminal case and/or upon Claimant Ramon Contreras' right against self-incrimination in the related federal criminal case.

3. Publication of the civil forfeiture action has been completed and to date only Ramon Contreras and Luz Villanvazo has filed a claim and answer, or otherwise appeared in this action.

THEREFORE, the parties to this action stipulate and request as follows:

1. Pursuant to 18 U.S.C. § 981(g), this action be stayed pending the conclusion of the federal criminal action presently pending against Ramon Contreras in the Eastern District of California; and,

2. The Scheduling Conference in the civil case scheduled for January 14, 2009 at 10:00 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin be vacated.

3. The parties are to promptly notify the Court when the criminal case resolves.

IT IS SO STIPULATED.

Dated: November 20, 2009         BENJAMIN B. WAGNER
                                 United States Attorney


                                  /s/ Deanna L. Martinez
                                 DEANNA L. MARTINEZ
                                 Assistant United States Attorney


Dated: November 30, 2009          /s/ J.M. Irigoyen
                                 J. M. IRIGOYEN
                                 Attorney for Claimants Ramon Contreras
                                 And Luz Villanvazo
                                 (Original signature retained by attorney)

**IT IS SO ORDERED**, HOWEVER, **The parties shall also file a status report with this Court in approximately 120 days, BUT no later than April 12, 2010 regarding the current status the Federal criminal action.**

IT IS SO ORDERED.

   Dated:   **December 4, 2009**         **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION TO STAY CASE AND TO VACATE
SCHEDULING CONFERENCE; ORDER THEREON         2