1:09-cv-1659BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CV-01659-AWI-GSA |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT;** |
| ) | **PROPOSED ORDER RE FILING** |
| v. ) | **DEADLINE OF DISPOSITIONAL** |
| ) | **DOCUMENTS** |
| REAL PROPERTY LOCATED AT ) | |
| 19650 ROAD 232, STRATHMORE, ) | |
| CALIFORNIA, TULARE COUNTY ) | |
| APN: 215-060-002, INCLUDING ALL ) | |
| APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

NOTICE IS HEREBY GIVEN that the parties have agree to settle this civil forfeiture action. The parties anticipate that it could take at least 60 days to obtain a fully executed settlement agreement as claimant Luz Villalvazo has recently been deported to Mexico in connection to her sentence in the related criminal case.  Thus, the parties respectfully request that this Court issue an order extending the deadline set forth in Local Rule 160 and allow the parties to file the final dispositional

///

///

///

///

Notice of Settlement; Proposed Order

documents on or before August 3, 2012.  The parties further request that the scheduling and trial dates set forth in the September 7, 2011 Scheduling Order be vacated.

                                Respectfully submitted,

Dated:  June 26, 2012              BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Heather Mardel Jones
                                HEATHER MARDEL JONES
                                Assistant U.S. Attorney


Dated:  June 22, 2012              /s/ J.M. Irigoyen
                                J.M. IRIGOYEN
                                Attorney for Claimants
                                Ramon Contreras and Luz Villalvazo
                                (Original signature retained by attorney)

## ORDER

    Based on the Notice of Settlement and Good Cause appearing therefore, this Court hereby vacates the scheduling and trial dates set forth in the Scheduling Order issued on September 7, 2011.  Final dispositional documents shall be filed no later than August 3, 2012, absent an appearing of further good cause.

IT IS SO ORDERED.

Dated:    June 28, 2012

                                CHIEF UNITED STATES DISTRICT JUDGE