BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CV-01659-AWI-GSA |
| Plaintiff, | **REQUEST FOR EXTENSION TO FILE DISPOSITIONAL DOCUMENTS AND ORDER THEREON** |
| v. | |
| REAL PROPERTY LOCATED AT 19650 ROAD 232, STRATHMORE, CALIFORNIA, TULARE COUNTY APN: 215-060-002, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

     Plaintiff requests a 30-day extension to file the appropriate dispositional documents in this case.  Due to the deportation of claimant Luz Villalvazo to Mexico after her sentencing in the related criminal case United States v. Ramon Contreras, et al., 1:09-CR-00350-AWI, claimant's counsel has advised the United States that he has been making efforts to locate his client through family members so that she may sign the necessary and agreed upon settlement documents.  Accordingly, a 30-day extension to September 3, 2012, should be sufficient to

///
///
///
///

1  determine the whereabouts of claimant Luz Villalvazo to obtain her signature to the dispositional
2  documents.

3                                          Respectfully submitted,

4  Dated: August 3, 2012                   BENJAMIN B. WAGNER
                                           United States Attorney
5

6                                           /s/ Heather Mardel Jones
                                           HEATHER MARDEL JONES
7                                          Assistant United States Attorney

8

9  Dated: August 3, 2012                    /s/ J.M. Irigoyen
                                           J.M. IRIGOYEN
10                                         Attorney for Claimants
                                           Ramon Contreras and Luz Villalvazo
11                                         (Original signature retained by attorney)

12 **IT IS SO ORDERED.**

13     The deadline to file dispositional documents in this case is extended to September 3,
14 2012.

18 IT IS SO ORDERED.

19
   Dated:    August 3, 2012
20                                         _____
                                           CHIEF UNITED STATES DISTRICT JUDGE