BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CV-01659-AWI-GSA |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR EXTENSION TO FILE** |
| | ) | **DISPOSITIONAL DOCUMENTS AND** |
| v. | ) | **ORDER THEREON** |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | |
| 19650 ROAD 232, STRATHMORE, | ) | |
| CALIFORNIA, TULARE COUNTY | ) | |
| APN: 215-060-002, INCLUDING ALL | ) | |
| APPURTENANCES AND | ) | |
| IMPROVEMENTS THERETO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Plaintiff requests a 30-day extension to file the appropriate dispositional documents in this case.  Due to the deportation of claimant Luz Villalvazo to Mexico after her sentencing in the related criminal case <u>United States v. Ramon Contreras, et al.</u>, 1:09-CR-00350-AWI, claimant's counsel has advised the United States that he has been making efforts to locate his client through family members so that she may sign the necessary and agreed upon settlement documents.  Accordingly, a 30-day extension to September 3, 2012, should be sufficient to

///

///

///

///

determine the whereabouts of claimant Luz Villalvazo to obtain her signature to the dispositional documents.

Respectfully submitted,

Dated: August 3, 2012

BENJAMIN B. WAGNER
United States Attorney

 /s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

Dated: August 3, 2012

 /s/ J.M. Irigoyen
J.M. IRIGOYEN
Attorney for Claimants
Ramon Contreras and Luz Villalvazo
(Original signature retained by attorney)

**IT IS SO ORDERED.**

The deadline to file dispositional documents in this case is extended to September 3, 2012.

IT IS SO ORDERED.

Dated:     August 3, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE