BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:09-CV-01659-AWI-GSA |
|---|---|
| Plaintiff, | **REQUEST FOR FURTHER EXTENSION TO FILE DISPOSITIONAL DOCUMENTS AND ORDER THEREON** |
| v. | |
| REAL PROPERTY LOCATED AT 19650 ROAD 232, STRATHMORE, CALIFORNIA, TULARE COUNTY APN: 215-060-002, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Plaintiff requests a further 60-day extension to file the appropriate dispositional documents in this case.  Due to the deportation of claimant Luz Villalvazo to Mexico after her sentencing in the related criminal case <u>United States v. Ramon Contreras, et al.</u>, 1:09-CR-00350-AWI, claimant's counsel has advised the United States that he has been making efforts to locate his client through family members so that she may sign the necessary and agreed upon settlement documents.  According to recent communications, opposing counsel has located his client and has forwarded the necessary settlement documents to her for review and signature. Accordingly, a 60-day extension to November 2, 2012, should be sufficient to

///

///

1 | obtain opposing counsel's signature to the dispositional documents.

2 |         Respectfully submitted,

3 | Dated: September 12, 2012      BENJAMIN B. WAGNER
United States Attorney

5 | /s/ Heather Mardel Jones
HEATHER MARDEL JONES
6 | Assistant United States Attorney

8 | Dated: September 6, 2012      /s/ J.M. Irigoyen
J.M. IRIGOYEN
9 | Attorney for Claimants
Ramon Contreras and Luz Villalvazo
10 | (Original signature retained by attorney)

11 | **ORDER**

12 | The deadline to file dispositional documents in this case is extended to November 2 2012.

14 | IT IS SO ORDERED.

15 | Dated: September 13, 2012

16 | CHIEF UNITED STATES DISTRICT JUDGE