# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-cv-01659 AWI GSA |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 19650 ROAD 232, STRATHMORE, CALIFORNIA, TULARE COUNTY APN: 215-060-003, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) | |
| Defendant. | ) ) | |

On June 26, 2012, the parties filed a Notice of Settlement with this Court, indicating they had agreed "to settle this civil forfeiture action." (Doc. 36.) Further, the parties sought a period of sixty days within which to obtain a fully executed settlement agreement as Claimant Luz Villalvazo had since been deported to Mexico. (Doc. 36.)

Accordingly, on June 29, 2012, District Judge Anthony W. Ishii ordered that the parties could file the final dispositional documents "no later than August 3, 2012," absent good cause. (Doc. 37.)

1

On August 3, 2012, the parties filed a stipulation and proposed order seeking a thirty-day extension of time within which to file the dispositional documents. (Doc. 38.) Judge Ishii signed the order on August 7, 2012, allowing the parties an extension to and including September 3, 2012. (Doc. 39.)

Thereafter, on September 13, 2012, the parties sought a further extension of sixty days, to November 2, 2012, indicating that claimants' counsel had advised counsel for the Government that he had been unable to obtain Luz Villalvazo's signature and agreement to date. (Doc. 40.)

Judge Ishii again adopted the parties' stipulation, permitting an extension through November 2, 2012. (Doc. 41.)

Despite the passage of more than five months' time, the dispositional documents have not yet been filed with the Court.

On November 6, 2012, the Government filed a Request for Order to Show Cause Hearing as to Claimants, or, in the Alternative, Status Report and Request for Scheduling Conference Setting. Counsel for the Government indicates that despite repeated attempts to communicate with Claimants' counsel, she has not received any response since September 6, 2012, nor have the fully executed documents been returned. (Doc. 42.)

Accordingly, claimants' counsel, J. M. Irigoyen is hereby **ORDERED** to personally appear before the undersigned on December 7, 2012, at 10:00 a.m. in Courtroom 10, to show cause, if any, why sanctions should not be imposed for his failure to ensure that fully executed dispositional documents were timely filed in this matter. Alternatively, *and prior to that date*, Claimants' counsel shall file the dismissal documents with this Court.

IT IS SO ORDERED.

Dated:   **November 9, 2012**                    /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE