**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 19650 ROAD 232, STRATHMORE, CALIFORNIA, TULARE COUNTY; APN 215-060-002, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | 1:09-cv-1659 AWI GSA<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>**(Docs. 47 and 52)** |

In this *in rem* forfeiture action, the United States of America filed a Motion for Default Judgment and a Motion to Strike the Claim and Answer of Luz Villalvazo. (Doc. 47). On July 15, 2013, the Magistrate Judge issued Findings and Recommendations recommending that: 1) Luz Villalvazo's Claim and Answer be stricken; 2) the Clerk of the Court enter default against Luz Villalvazo; 3) the United State's Motion for Default Judgment against the interests of Luz Villalvazo in the Defendant Property be granted; 4) the Clerk of the Court enter final forfeiture judgment against all known and unknown potential claimants; 5) the United States file a proposed default and final forfeiture judgment consistent with the Findings and Recommendations, and 6)

1

the United States file a final judgment of forfeiture related to the stipulation for final judgment of forfeiture between the government and Claimant Ramon Contreras.

The Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fifteen (15) days of the date of service of the order.  (Doc. 13.)  More than fifteen days have passed and no objections have been filed.

In accordance with the provisions of Title 28 of the United States Code section 636(b)(1)(c), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued July 15, 2013, are ADOPTED IN FULL (Doc. 52);

2. The United States shall submit a proposed default and final forfeiture judgment consistent with the Findings and Recommendations and order of the court within ten (10) days of service of this order; and

3. The United States shall file a final judgment of forfeiture related to the stipulation for final judgment of forfeiture between the government and Claimant Ramon Contreras within ten (10) days of service of this order.[1]

IT IS SO ORDERED.

Dated:   August 15, 2013

SENIOR  DISTRICT  JUDGE

---

[1] Any reference to Luz Villalvazo shall be omitted from the final judgment of forfeiture based on the stipulation between the government and Ramon Contreras.